## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 387 WAL 2018

Respondent    :

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

v.    :

WILLIAM EARL SMITH,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.